UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ROBERT HARRIS,<br><br>Defendant. | Case No. 1:21-cr-00024-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Brian Robert Harris's unopposed motion to extend his self-surrender deadline by 45 days. The government does not oppose the motion.

On December 9, 2021, this Court sentenced Mr. Harris to 60 months' incarceration. The Court recommended FCI Sheridan, in Oregon, or FCI Terminal Island, in San Pedro, California, as a place of incarceration. The Bureau of Prisons, however, has directed Mr. Harris to report to FCI Seagoville, in Texas. His current self-surrender deadline is January 19, 2022.

Mr. Harris says he needs additional time to self-surrender for two reasons. As more fully detailed in the moving papers: (1) he needs to attend a February 15, 2022 psychiatric appointment; and (2) his mother-in-law, who will watch his children while Mr. Harris's wife drives him to Texas, is recuperating from a

MEMORANDUM DECISION AND ORDER - 1

December 14, 2021 hip surgery. Under these circumstances, the Court will grant this unopposed motion.

Accordingly,

**IT IS ORDERED that** Defendant Brian Robert Harris's Motion to Extend Self-Surrender Deadline (Dkt. 50) is **GRANTED.**

**IT IS FURTHER ORDERED that** Defendant shall report to his designated facility no later than **March 7, 2022**, as directed by the Bureau of Prisons and Probation and Pretrial Services Offices.

DATED: January 13, 2022

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**